IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ZACHARY BARFIELD, | : |
| *Plaintiff*, | : Case No. 1:24-cv-319 |
| vs. | : Judge Jeffery P. Hopkins |
| C/O HAYES, *et al.*, | : |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 50) issued by Magistrate Judge Chelsey M. Vascura on June 3, 2025. The Magistrate Judge recommends that Defendants' motion for summary judgment (Doc. 43) be granted. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g.*, *Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **GRANTS** Defendants' motion for summary judgment (Doc. 43) and **DIRECTS** the Clerk to enter judgment and **TERMINATE** this case on its docket.

**IT IS SO ORDERED.**

Dated: July 1, 2025

Hon. Jeffery P. Hopkins
United States District Judge